ALBERT G. KURNATH ET AL., APPELLANTS, v. STATE OF
NEW JERSEY, RESPONDENT.

Argued October 20, 1943—Decided January 27, 1944.

For the appellants, *Greenburg, Wilensky & Feinberg*
(*Robert J. Rubacky* and *Bernard Feinberg,* of counsel).

For the respondent, *David T. Wilentz,* Attorney-General.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, HEHER, PORTER, COLIE, DEAR, WELLS, RAF-
FERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.